# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

v.

CASE NUMBER: 06-7014M

JEFFREY R. BRUNNELSON

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18-USC-113(a)(4) | Assault | 01-21-06 | 1 |

Defendant is given six (6) months unsupervised probation. As a condition of probation he shall successfully complete an anger management course within the period of probation.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | |

March 15, 2006

Date of Imposition of Judgment

s/Michael J. Watanabe

Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge

Name & Title of Judicial Officer

March 16, 2006

Date